JAMES T. DOYLE, Appellant, *v.* J. GILBERT WHITE, Respondent.

*Doyle* v. *White*, 9 App. Div. 521, affirmed.
(Submitted May 4, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1896, upon an order affirming a judgment of the late Superior Court of the city of New York in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*James E. Kelly* for appellant.

*Herbert C. Smyth* and *Edwin A. Jones* for respondent.

Judgment and order affirmed, with costs, on prevailing opinion below.

All concur, except PARKER, Ch. J., and BARTLETT, J., dissenting.